■ In the Matter of STATE OF NEW YORK, Respondent, v DERRICK HARLAND, Appellant. [942 NYS2d 920]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered July 29, 2010 in a proceeding pursuant to Mental Hygiene Law article 10. The order committed respondent to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent appeals from an order determining that he is a dangerous sex offender requiring confinement pursuant to Mental Hygiene Law article 10 and committing him to a secure treatment facility. Contrary to respondent's contention, we conclude that petitioner established by clear and convincing evidence at the dispositional hearing that he is a

dangerous sex offender requiring confinement (*see* § 10.03 [e]; § 10.07 [f]). Supreme Court "was 'in the best position to evaluate the weight and credibility of the conflicting psychiatric testimony presented' " (*Matter of State of New York v Blair*, 87 AD3d 1327, 1327 [2011]; *see Matter of State of New York v Richard VV.*, 74 AD3d 1402, 1404 [2010]; *Matter of State of New York v Timothy JJ.*, 70 AD3d 1138, 1144-1145 [2010]). We see no basis upon which to disturb the court's determination to credit the testimony of petitioner's expert over that of the expert who testified on behalf of respondent (*see Matter of State of New York v Boutelle*, 85 AD3d 1607, 1607 [2011]; *see also Matter of State of New York v Flagg* [appeal No. 2], 71 AD3d 1528, 1530 [2010]). Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.